*In re* DESIGNACIÓN DE UN MIEMBRO DE LA COMISIÓN DE EVALUACIÓN JUDICIAL.

*Número:* EN-2010-02     *Resuelto:* 30 de junio de 2010

## RESOLUCIÓN

Mediante el Art. 8 de la Ley Núm. 91 de 5 de diciembre de 1991, Ley del Sistema de Evaluación de Jueces y Candidatos a Jueces, según enmendada, 4 L.P.R.A. sec. 73a, se designa al abogado siguiente como Miembro Asociado de la Comisión de Evaluación Judicial:

*Lcdo. Ismael Colón Birriel*

El licenciado Colón Birriel se desempeñará en el cargo por el resto del término para el cual fue nombrado el Lcdo. Luis F. Camacho, quien renunció el 7 de junio de 2010.

El Tribunal expresa su agradecimiento al Lcdo. Luis F. Camacho por los nueve años que sirvió como Miembro de la Comisión de Evaluación Judicial con dedicación y compromiso con la Rama Judicial.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*